1 GOLDSMITH & HULL/552914
A Professional Corporation
2 Eric Mintz (Bar No. 207384)
16000 Ventura Blvd., Suite 900
3 Encino, CA 91436-2760
Tel.: (818) 990-6600
4 Fax: (818) 990-6140
govdept1@goldsmithcalaw.com
5
6 Attorneys For Judgment Creditor

[FILED stamp: AUG 2 1 2007, CENTRAL DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. A9910343 |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S APPLICATION PERMITTING SERVICE OF PROCESS [PROPOSED] |
| TONIA L. SHEFFIELD, | |
| Defendant. | |

IT IS HEREBY ORDERED, that Plaintiff's Application for Order Permitting Service of Process is Granted, and that any agent of ROTTNER ATTORNEY SERVICE, who is at least 18 years of age, of suitable discretion, and not a party for this action, be authorized and appointed to serve the writ issued in this action.

IT IS SO ORDERED

Dated: 8/21/07

Acting ALICEMARIE H. STOTLER, CHIEF DISTRICT JUDGE
UNITED STATES DISTRICT COURT

28